1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11

BRENT BLAKE,

12

Petitioner,

13

v.

14

FELIPE MARTINEZ, JR.,[1]

15

Respondent.

Case No. ED CV 19-02442-RGK (PD)

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

16
17

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the

18

records on file, and the Report and Recommendation of United States

19

Magistrate Judge.  No objections to the Report and Recommendation have

20

been filed.  The Court accepts the Magistrate Judge's Report and adopts it as

21

its own findings and conclusions.

22

IT IS THEREFORE ORDERED that Judgment will be entered

23

dismissing the Petition without prejudice.

24
25
26
27

[1] Felipe Martinez, Jr., became the Warden of the Federal Correctional Complex in Victorville, California, where Petitioner is currently incarcerated, and therefore is substituted for the previous Respondent.  *See* Federal Rule of Civil Procedure 25(d).

28

As a federal prisoner proceeding under 28 U.S.C. § 2241, Petitioner is not required to obtain a certificate of appealability to appeal to the Ninth Circuit Court of Appeals in this case.  *See Harrison v. Ollison*, 519 F.3d 952, 958 (9th Cir. 2008) (plain language of 28 U.S.C. § 2253(c)(1) does not require federal prisoners bringing section 2241 petitions to obtain a certificate of appealability to appeal, unless the section 2241 petition is a section 2255 petition in disguise"); *see e.g., Tomlinson v. Caraway*, No. 14-2094-VBF (KK), 2014 WL 4656432, at *1 (C.D. Cal. 2014) (adopting report and recommendation and noting that petitioner in federal custody was not required to obtain a certificate of appealability to appeal the denial of his section 2241 petition).

DATED:  July 31, 2020.

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE