**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT BLAKE,<br><br>        Petitioner,<br><br>  v.<br><br>FELIPE MARTINEZ, JR.,[1]<br><br>        Respondent. | Case No. ED CV 19-02442-RGK (PD)<br><br>**JUDGMENT** |

     Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

     IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED:  July 31, 2020.

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

---

[1] Felipe Martinez, Jr., became the Warden of the Federal Correctional Complex in Victorville, California, where Petitioner is currently incarcerated, and therefore is substituted for the previous Respondent. *See* Federal Rule of Civil Procedure 25(d).